IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, *as Trustee*, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:22-cv-287-ECM ) |
| STEVEN CLAYTON THOMASON, *et al.*, | ) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the order entered on this date adopting the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the Court that this case is DISMISSED for lack of subject matter jurisdiction.

The Clerk is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 14th day of March, 2023.

                                        /s/ Emily C. Marks
                              EMILY C. MARKS
                              CHIEF UNITED STATES DISTRICT JUDGE